United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE DEL CARMEN JIMENEZ ROSALES,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-06658** |
| | § | |
| **TODD BLANCHE, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

Before the Court is Petitioner Michelle Del Carmen Jimenez Rosales's Petition for Writ of Habeas Corpus (ECF No. 1) and Respondents' Advisory Notice (ECF No. 6). On August 21, 2026, Respondents filed an Advisory informing the Court that Petitioner had already been removed from the United Stated prior to the filing of the habeas petition on April 14, 2026. ECF No. 6

Therefore, the Petition (ECF No. 1) is **DENIED AS MOOT**. The Clerk of Court is directed to administratively close this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 21st day of August, 2026.

Keith P. Ellison
United States District Judge