United States District Court
Southern District of Texas
ENTERED
September 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE DEL CARMEN JIMENEZ ROSALES,** | § | |
| | § | |
| **Petitioner,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-06658** |
| | § | |
| **RANDY TATE,** ***et al.*****,** | § | |
| | § | |
| **Respondents.** | | |

**ORDER**

On September 15, 2026, this Court ordered Respondents to file an advisory informing the Court when Petitioner's removal is scheduled and when she has been removed. ECF No 15. Respondents filed notice that Petitioner was scheduled to be removed on September 22 (ECF No. 16), and then on September 23 provided notice that Petitioner had not been removed and was rescheduled for removal on September 25 (ECF No. 17).

Respondents are ordered to inform the Court whether Petitioner has been removed, and if she has not been removed, they are ordered to provide the reason she has not been removed and guidance on whether she is scheduled for removal. This advisory must be filed no later than **October 1, 2026**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on the 29th day of September, 2026.

Keith P. Ellison
United States District Judge