United States District Court
Southern District of Texas
**ENTERED**
October 07, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE DEL CARMEN JIMENEZ ROSALES,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-06658** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Petitioner Michelle Del Carmen Jimenez Rosales has filed a Petition for Writ of Habeas Corpus (ECF No. 1). After a hearing on September 15, 2026, the Court granted Respondents' Motion for Summary Judgment based on their representation that Petitioner would be imminently removed. Since Respondents have not removed Petitioner despite multiple attempts since that date, the Court has set another hearing in this matter for Friday, October 9, 2026, at 2:00 PM.

The Court has received notices from both parties that have alerted the Court to the need for more information from Immigration and Customs Enforcement ("ICE") (ECF Nos. 19, 20, 24). The Court has received declarations from Deportation Officers Javier Delgado and Jose A. Alvarado III in this case (ECF Nos. 10-1, 19-1). The Court requires Delgado, Alvarado, or a different Deportation Officer competent to inform the Court about the reasons that Petitioner has not been removed and any obstacles to her removal to appear before the Court at the hearing on October 9.

Respondents are hereby **ORDERED** to ensure that an ICE Officer competent to address the Court on these questions can participate in that hearing in person at the United States Courthouse, 515 Rusk St, Courtroom 3A, Houston, Texas.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 7th of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE