United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MICHELLE DEL CARMEN JIMENEZ ROSALES,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-06658** |
| | § | |
| **RANDY TATE, *et al.*,** | § | |
| | § | |
| ***Respondents*.** | § | |

**ORDER**

Before the Court is Petitioner Michelle Del Carmen Jimenez Rosales's Petition for Writ of Habeas Corpus (ECF No. 1). The Court has set a Status Conference on this matter for October 9, 2026 at 2:00 p.m. (ECF No. 22). Respondents filed an Emergency Motion for Leave to Effectuate Petitioner's Removal stating that Petitioner is manifested for a flight and removal from the United States the morning of October 9 (ECF No. 26).

Having considered this Motion, the Court hereby **ORDERS** that Respondents are **GRANTED** leave to effectuate removal of the Petitioner. If the removal is successful, the Status Conference will be cancelled. If the scheduled removal is unsuccessful, the hearing will proceed as scheduled, and Respondents are ordered to ensure that Petitioner can participate in the hearing either by phone if they are unable to produce her in person.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 8th day of October, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE